

# **Memorandum**

| Subject | Date |
|---|---|
| UNSEALING | April 2, 2026 |
| U.S. v. DAVID JOHN GROTH, 8:26CR50 | |

| To | From |
|---|---|
| CLERK, U.S. DISTRICT COURT DISTRICT OF NEBRASKA | AUSA Sarah A. Hinrichs |

Be advised that the above-named Defendant is now in custody.   You may now unseal as follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☒    Unseal the Indictment and any underlying Magistrate Judge case

☐    Unseal the Magistrate Judge case

☐    Unseal the Indictment but the underlying Complaint and Affidavit should remain

   **Restricted**

☐    Unseal the Magistrate Judge case but the underlying Complaint and Affidavit

      should remain **Restricted**