IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. 8:26CR50 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ENTRY OF APPEARANCE |
| | ) | |
| DAVID JOHN GROTH, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW Thomas Petersen, Attorney at Law, and enters his appearance as retained counsel for David John Groth in the above captioned case.

Dated: April 2, 2026.

DAVID JOHN GROTH, Defendant

/s/ Thomas M. Petersen
Thomas M. Petersen, #20622
Petersen Law Offices
11620 Arbor Street, Suite 201
Omaha, NE 68144
Tel: (402) 393-8080
Email: tpetersen@plollc.com
Attorney for Defendant

Certificate of Service

I hereby certify that on April 2, 2026, I electronically filed the foregoing with the Clerk of the United States District Court for the District of Nebraska CM/ECF system, which will send notification of such filing to the following:

United States Attorney's Office
1620 Dodge Street
Suite 1400
Omaha, NE 68102-1506

/s/ Thomas M. Petersen