IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID JOHN GROTH,<br><br>Defendant. | **8:26CR50**<br><br>**ORDER** |

Before the Court is non-party Harrison R Haffner's Request for Transcript (Filing No. 27) of the plea hearing held August 6, 2026.

IT IS ORDERED:

1. The Request for Transcript (Filing No. 27) is granted.
2. The Clerk's Office is directed to mail a copy of this order to Harrison R. Haffner at 722 Limit Street, Leavenworth, KS 66048.
3. Court reporter Kayla Gute is directed to advise Harrison R. Haffner of the cost to obtain the transcript. Harrison R. Haffner will be responsible for that transcript cost.

Dated this 29th day of September 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge